384 A.2d 986

Commonwealth v. Jackson, Appellant.

Argued November 18, 1977. M. Wherry, Assistant Public Defender, with him Nicholas S. Kladitis, Public Defender, for appellant; C. Hersh, Assistant District Attorney, with him Samuel J. Orr, IV, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.